BENJAMIN B. WAGNER
United States Attorney
STANELY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for
 the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JOSE JERONIMO-JIMENEZ,<br>  aka Chaparro,<br><br>        Defendant. | 1:12-CR-00131-LJO-SKO<br><br>PRELIMINARY ORDER OF<br>FORFEITURE |

Based upon the plea agreement entered into between United States of America and defendant Jose Jeronimo-Jimenez aka Chaparro, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

    1.   Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), defendant Jose Jeronimo-Jimenez aka Chaparro's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

        a.   Property seized from 3650 South Cherry Avenue, Fresno, CA on April 24, 2012:

            i.     39,769 audio CDs,
            ii.    32,374 movie DVDs,
            iii.   Asus Laptop Computer Model W7S,
            iv.    2 Media Players,
            v.     4 Ledgers,

            vi.     Misc. documents,
            vii.    4200 blank DVD media,
            viii.  6000 CD sleeves,
            ix.     5000 Plastic seal bags,
            x.      7 CD and DVD disc replicators,
            xi.     Indicia of counterfeiting copyrighted works;

    b.    Property seized from defendants on April 24, 2012:

         i.     HTC cell phone and $880 in US currency seized from the possession of Jose Jeronimo-Jimenez at US-41 and North Ave in Fresno, CA on April 24, 2012;
         ii.    LG cell phone and $1186 in US currency seized from the possession of Alberto Campos-Limon at US-41 and North Ave in Fresno, CA on April 24, 2012;

    c.    Property seized during a traffic stop:

         i.     180 audio CDs and 16 DVD movies seized from OLEA-Alvarado, Federico at North Ave and Cedar Ave in Fresno, CA on April 24, 2012;

    d.    300 DVD movies and 1 audio CD seized from 3650 S. Cherry Ave, Fresno, CA on February 28, 2012;

    e.    410 DVD movies seized from 3650 S. Cherry Ave, Fresno, CA on March 1, 2012;

    f.    Property seized from the possession of Jose Jeronimo-Jimenez aka Chaparro, Alberto Campos-Limon and Fredrico Olea-Alvarado on April 24, 2012;

    g.    All contraband items seized from the vehicles of Jose Jeronimo-Jimenez aka Chaparro, Alberto Campos-Limon, and Fredrico Olea-Alvarado on April 24, 2012; and

    h.    A personal forfeiture money judgment in the amount of $324,063.74.

2.    The above-listed assets constitute property, real or personal, which constitutes or is derived from proceeds traceable to a violation or a conspiracy to commit a violation of 18 U.S.C. § 371.

3.    Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Department of Homeland Security, Customs and Border Protection

in its secure custody and control.

4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **September 14, 2012**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE