BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for
 the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:12-CR-00131-LJO-SKO |
| Plaintiff, | ) FINAL ORDER OF FORFEITURE |
| v. | ) |
| JOSE JERONIMO-JIMENEZ, aka Chaparro, and ALBERTO CAMPOS-LIMON, | ) |
| Defendants. | ) |

WHEREAS, on September 14, 2012 and November 29, 2012, the Court entered Preliminary Orders of Forfeiture, forfeiting to the United States all right, title, and interest of defendants Jose Jeronimo-Jimenez aka Chaparro and Alberto Campos-Limon in the following property:

      a.    Property seized from 3650 South Cherry Avenue, Fresno, CA on April 24, 2012:

           i.     39,769 audio CDs,
           ii.    32,374 movie DVDs,
           iii.   Asus Laptop Computer Model W7S,
           iv.    2 Media Players,
           v.     4 Ledgers,

           vi.    Misc. documents,
           vii.   4200 blank DVD media,
           viii. 6000 CD sleeves,
           ix.    5000 Plastic seal bags,

|   |   | x. | 7 CD and DVD disc replicators, |
|   |   | xi. | Indicia of counterfeiting copyrighted works; |

      b.    Property seized from defendants on April 24, 2012:

           i.    HTC cell phone and $880 in US currency seized from the possession of Jose Jeronimo-Jimenez at US-41 and North Ave in Fresno, CA on April 24, 2012;

           ii.    LG cell phone and $1186 in US currency seized from the possession of Alberto Campos-Limon at US-41 and North Ave in Fresno, CA on April 24, 2012;

      c.    Property seized during a traffic stop:

           i.    180 audio CDs and 16 DVD movies seized from OLEA-Alvarado, Federico at North Ave and Cedar Ave in Fresno, CA on April 24, 2012;

      d.    300 DVD movies and 1 audio CD seized from 3650 S. Cherry Ave, Fresno, CA on February 28, 2012;

      e.    410 DVD movies seized from 3650 S. Cherry Ave, Fresno, CA on March 1, 2012;

      f.    Property seized from the possession of Jose Jeronimo-Jimenez aka Chaparro, Alberto Campos-Limon and Fredrico Olea-Alvarado on April 24, 2012;

      g.    All contraband items seized from the vehicles of Jose Jeronimo-Jimenez aka Chaparro, Alberto Campos-Limon, and Fredrico Olea-Alvarado on April 24, 2012; and

      h.    A personal forfeiture money judgment in the amount of $324,063.74.

    AND WHEREAS, beginning on September 22, 2012 and December 29, 2012, for at least 30 consecutive days, respectively, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

    AND WHERAS, the Court has been advised that no third party has

filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Jose Jeronimo-Jimenez aka Chaparro and Alberto Campos-Limon.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection, Immigration and Customs Enforcement, shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **March 15, 2013**          **/s/ Lawrence J. O'Neill**
                                  UNITED STATES DISTRICT JUDGE